

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00494-CV

**UNITED PARCEL SERVICE, INC.** and Roland Leal,
Appellants

v.

Robert Scott **RANKIN**, Individually, Rachelle Rankin, Individually and as Next Friend for
Avery Rankin, Kara Rankin, and Samuel Rankin, Minors,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-07922
Honorable Cathleen M. Stryker, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to January 30, 2015.

**PER CURIAM**

ATTESTED TO: _____

KEITH E. HOTTLE
CLERK OF COURT

cc:     W. Randall Bassett                          Ricardo R. Reyna
              King & Spalding, LLP                  Brock Person Guerra Reyna, P.C.

              Peter Dermot Marketos               Bradley Pratt
              Reese Gordon Marketos LLP         King & Spalding, LLP

              Doug Perrin                             H. Victor Thomas
              The Perrin Law Firm                   King & Spalding LLP